ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:   swanise@gtlaw.com
          maierj@gtlaw.com
*Attorneys for Receiver Robert McNamara*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW CENTURY BANK, an Illinois banking corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GULL BROTHERS SOUTH BEACH, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.     2:09-CV-1278-PMP-RJJ<br><br>**ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF FINAL REPORT AND TO DISCHARGE AND EXONERATE RECEIVER** |

Presently before the Court is the Receiver's motion for approval of final report and to discharge and exonerate receiver [#25].  The Court, having reviewed the pleadings and papers on file herein relative to said motion, having reviewed the Receiver's final report, having received no objection or opposition to either the motion or final report, and for good cause appearing,

The Court finds that the Receiver's motion is with merit and should be granted.  The Court finds that because the buyer under the terms of the purchase and sale agreement now has title and possession of the Real Property Collateral, there are no longer any receivership assets for the Receiver to administer.  Therefore, the Court will approve the Receiver's final report and terminate the receivership.  In addition, the Court will immediately discharge the Receiver from his duties in this matter and exonerate him from any liability related thereto.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Receiver's motion for approval of final report and to discharge and exonerate receiver be, and the same is hereby,

GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver's final report be, and the same is hereby, APPROVED by the Court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the receivership is hereby terminated and that the Receiver is hereby discharged from his duties in this matter and exonerated from any liability related thereto.

DATED this __ 6th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

  */s/ Jason R. Maier*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Receiver Robert McNamara*

2